**Order entered November 23, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01132-CV

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP AND RICHARD A. WOLFE, Appellants**

**V.**

**MILLENNIUM CHEMICALS INC., MILLENNIUM AMERICA HOLDINGS, LLC AND MILLENNIUM HOLDINGS, LLC, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13422**

## ORDER

Before the Court is appellees' unopposed motion for extension of time to file brief. We

**GRANT** appellees' motion and **ORDER** the brief filed by **January 3, 2017**.

/s/      ELIZABETH LANG-MIERS
JUSTICE